IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>NICHOLETTE S. WINCHESTER<br>1012 SUNRISE DRIVE<br>LOVELAND, OH  45140 | CASE NO. 10-17211<br>CHAPTER 13<br>JUDGE JEFFERY P. HOPKINS |
| Debtor<br>SSN(1) XXX-XX-2074<br>SSN(2) XXX-XX-0000 | |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
IN A DISMISSED CASE INELIGIBLE FOR DISCHARGE

The above case having been dismissed on Sep 20, 2013, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

1. The case was filed on Oct 21, 2010 and confirmed on Jan 26, 2011. The case is submitted for closing as DISMISSED.
2. The amount paid to the Trustee by or on behalf of the debtor(s) was $22,960.00.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY UNSECURED | $610.98 | $0.00 | $0.00 | $610.98 |
| Clm #: 0001 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| PRA RECEIVABLES MANAGEMENT | UNSECURED CREDITOR | $13,788.40 | $4,041.82 | $0.00 | $5,334.29 |
| Clm #: 0002 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| FIA CARD SERVICES | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0003 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| WELTMAN, WEINBERG & REIS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0004 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| DFS SERVICES, LLC | UNSECURED CREDITOR | $6,587.41 | $1,931.01 | $0.00 | $2,548.43 |
| Clm #: 0005 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| JANELL DUNCAN, ESQ. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0006 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| ERS SOLUTIONS INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| CARDMEMBER SERVICES | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0008 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| EWALL EXPRESS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| FIFTH THIRD BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---:|---:|---:|---:|
| US DEPT OF EDUCATION | UNSECURED CREDITOR | $12,897.79 | $3,780.75 | $0.00 | $4,989.75 |
| Clm #: 0011 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| COMMENT: STUDENT LOAN | | | | | |
| ECMC | UNSECURED CREDITOR | $10,861.34 | $3,183.80 | $0.00 | $4,201.91 |
| Clm #: 0012 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| COMMENT: STUDENT LOAN | | | | | |
| US DEPT OF EDUCATION | UNSECURED CREDITOR | $3,449.15 | $1,011.06 | $0.00 | $1,334.36 |
| Clm #: 0013 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| COMMENT: STUDENT LOAN | | | | | |
| GREAT LAKES HIGHER EDUCATION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| COMMENT: STUDENT LOAN | | | | | |
| ECMC | UNSECURED CREDITOR | $1,982.13 | $581.02 | $0.00 | $766.83 |
| Clm #: 0015 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| COMMENT: STUDENT LOAN | | | | | |
| GREATER CINCINNATI PATHOLOGY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| HEALTH ALLIANCE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| MAIN STREET ACQUISITION CORP | UNSECURED CREDITOR | $17,330.70 | $5,080.20 | $0.00 | $6,704.68 |
| Clm #: 0018 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| PROFESSIONAL RADIOLOGY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| TRI-STATE CLINICAL LABORATORY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0020 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| UNIVERSITY INTERNAL MEDICINE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0021 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| UC PHYSICIANS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| UNITED COLLECT BUR INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0023 | Dividend Paid: 68.00% | Interest Rate: .00% | | | |
| GREATER CINCINNATI PATHOLOGY | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0024 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| SPRINT PCS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0025 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0026 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| GREAT LAKES HIGHER EDUCATION | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0027 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| ECMC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0028 | Dividend Paid: .00% | Interest Rate: .00% | | | |

4. Summary of Disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---:|---:|---:|---:|---:|
| CLAIM AMT | $0.00 | $610.98 | $66,896.92 | $0.00 | $67,507.90 |
| PRIN. PAID | $0.00 | $0.00 | $19,609.66 | $0.00 | $19,609.66 |
| INT. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $2,500.00 and was paid $2,500.00.
The Trustee was paid $843.49 pursuant to 11 U.S.C. 1302.
The Trustee was paid $6.85 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $0.00.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C. section 1302(b)(1).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.
    Chapter 13 Trustee
    Attorney No. OH 0030377

    Francis J. DiCesare, Esq.
    Staff Attorney
    Attorney No. OH 0038798

    Guinevere D. O'Shea, Esq.
    Staff Attorney
    Attorney Reg No. OH 0086523

    600 Vine Street, Suite 2200
    Cincinnati, OH 45202
    (513) 621-4488
    (513) 621 2643 (Facsimile)
    mburks@cinn13.org - Correspondence only
    fdicesare@cinn13.org
    goshea@cinn13.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2013 a copy of the foregoing <u>Trustee's Certification of Final Payment and Case History</u> was served on the following registered ECF participants, **electronically** through the Court's ECF System at the e-mail address registered with the Court:

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202

Debtor(s) Counsel
MARK E. GODBEY, ESQ.
708 WALNUT STREET
SUITE 600

and on the following by **ordinary U.S. Mail** addressed to:

Debtor(s)
NICHOLETTE S. WINCHESTER
1012 SUNRISE DRIVE
LOVELAND, OH  45140

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.